**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000576
27-FEB-2025
08:02 AM
Dkt. 27 OAWST**

NO. CAAP-24-0000576

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LEONARD K. NAKOA, III; DANIEL PALAKIKO; TOM COFFMAN; LLEWELYN (BILLY) KAOHELAULI'I; VAL TURALDE; ELIZABETH OKINAKA; TOM KEALI'I KANAEHELE; RUPERT ROWE; ELLEN EBATA; JEFFREY LINDNER, INDIVIDUALS, Petitioners/Plaintiffs-Appellees, v. GOVERNOR OF THE STATE OF HAWAI'I; HAWAI'I HOUSING FINANCE AND DEVELOPMENT CORPORATION, State of Hawai'i Respondents/Defendants-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CSP-23-0000046(2))

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
WITH PREJUDICE
(By: Leonard, Acting Chief Judge, Nakasone and McCullen, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal with Prejudice (Stipulation), filed January 12, 2025, by Respondents/Defendants-Appellants Governor of the State of Hawai'i and Hawai'i Housing Finance and Development Corporation, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) under Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs on appeal; and (3) the Stipulation is signed by counsel for all appearing parties. Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with

prejudice.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, February 27, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge

2